**Marvin WADDLETON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28100.**

Court of Criminal Appeals of Texas.

Feb. 22, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.